AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

ANTHONY CHARLES WALKER,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:  **3:06-CV-00425-HDM-RAM**

WILLIAM DONAT, et al.,

      Respondents.

   ☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   ☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the remaining claims in the petition for a writ of habeas corpus are DENIED on the merits and this action is DISMISSED with prejudice. Judgment is entered dismissing this action with prejudice in favor of respondents and against petitioner.

  September 2, 2009                                         **LANCE S. WILSON**
                                                                                            Clerk


                                                                                        /s/ D. R. Morgan
                                                                                          Deputy Clerk